IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA WINGARD and DAVID WINGARD, | : : : | CIVIL DIVISION |
| Plaintiffs, | : : | Civil Action No.:   2:23-CV-364 |
| v. | : : | *Electronically Filed* |
| WAL-MART STORES EAST, L.P., | : : | |
| Defendant. | : : | |

**<u>NOTICE OF REMOVAL</u>**

TO: The Honorable Judges of the United States District Court for the Western District of Pennsylvania

This Notice of Removal is filed by Defendant, Wal-Mart Stores East, L.P., asserting as follows:

1. The above-described action was commenced by the filing of Complaint on January 20, 2023 in the Court of Common Pleas of Lawrence County, Pennsylvania, against Defendant Wal-Mart Stores East, L.P. (See Complaint attached hereto as Exhibit "A")

2. The Complaint was served on Defendant via certified mail on February 1, 2023. (See Proof of Service by Certified Mail attached hereto as Exhibit "B").

3. Wal-Mart Stores East, L.P. is a foreign limited partnership formed in the State of Delaware with a principle place of business in Bentonville, Arkansas.

4. The Partners of Wal-Mart Stores East, L.P. are WSE Management, LLC (general partner) and WSE Investment, LLC (limited partner). Both are Delaware limited liability companies with principal places of business in Arkansas. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas limited liability company with a principal place of business in Bentonville, Arkansas. Finally,

1

the sole shareholder of Wal-Mart Stores East, LLC is Walmart Inc., a Delaware corporation with a principal place of business in Bentonville, Arkansas. Accordingly, no partner or controlling entity of Wal-Mart Stores East, L.P. is a citizen of, or has a principal place of business in, the Commonwealth of Pennsylvania.

5. Defendant believes that at the time this action was initially commenced, and at the current time, Plaintiffs were residents of the Commonwealth of Pennsylvania. (Ex. A, ¶1-2).

6. The Complaint seeks an award in excess of the arbitration limits of Lawrence County ($25,000.00), but no specific sum is demanded in the Complaint. (Ex. A).

7. Among other injuries, it is understood that Plaintiff claims damages for a fractured left humerus, fractures of the base of the 2nd, 3rd, and 4th metatarsals, lateral ligament injuries of the left ankle, and left shoulder pain. Plaintiff-husband is also asserting a loss of consortium claim.

8. Based on these alleged injuries and damages, Plaintiffs' counsel has advised the undersigned counsel that this case is valued in excess of $75,000.00.

9. This Notice of Removal is filed within thirty (30) days after Defendants were served with a copy of Plaintiffs' Complaint on February 1, 2023, which apprised the Defendant of the amount in controversy, and within one (1) year of the commencement of this matter by Plaintiff on January 20, 2023 by the filing of the initial Complaint; thus, it is timely filed pursuant to 28 U.S.C. §1446(b) (3) and (c).

10. As all of the parties to this action are diverse and the amount in controversy exceeds $75,000, this Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and this case may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. §§1441 and 1446.

WHEREFORE, Defendant, Wal-Mart Stores East, L.P., requests that this action now pending in the Court of Common Pleas of Lawrence County at No. 10057-2023 be removed to this Honorable Court.

**JURY TRIAL IS DEMANDED.**

Respectfully submitted,

THOMAS, THOMAS & HAFER LLP

Date: 3/1/2023                    BY:   */s/ Rebecca Sember Izsak*
REBECCA SEMBER IZSAK, ESQUIRE
PA ID No. 74584
rsember@tthlaw.com

*Counsel for the Defendant*